IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

WILLIAM K. WHITE,

   Plaintiff,

    v.

GA. DEPT. OF MOTOR VEHICLE SAFETY,

   Defendant.

CIVIL ACTION FILE
NO. 1:06-CV-0124-TWT

## OPINION AND ORDER

This is a pro se employment discrimination action. It is before the Court on the Report and Recommendation [Doc. 3] of the Magistrate Judge recommending granting the Defendant's Motion to Dismiss [Doc. 2]. The Plaintiff failed to file suit within 90 days of receiving his right to sue letter from the EEOC. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Dismiss [Doc. 2] is GRANTED.

SO ORDERED, this 18 day of May, 2006.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\06\White\r&r.wpd